1109135 6
$3907.70
2/16/11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
     UNCLAIMED FUNDS

  The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

  APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

    Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 3907.70
CHECKS # 15381 FOR $ 3907.70
Representing unclaimed funds.

DATED: 2-11-2011

_____
ALBERT J. MOGAVERO
TRUSTEE

FILED FEB 16 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

11091356
$3907.70
2/16/11

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 135302 | SCUTT | 0593368 | 15.49 | ADELPHIA COMMUNICATIONS | ASG | 205 BRYANT WOODS S | AMHERST NY | 14228 |
| 135815 | SANDERS | 0570010 | 200.95 | BENEFICIAL HOMEOWNER SERVI | 1301 EAST TOWER ROAD | | SCHAUMBURG IL | 60173 |
| 135847 | MC CARGO-LEEP[B]90893 | | 178.37 | BENEFICIAL HOMEOWNER SERVI | 1301 EAST TOWER ROAD | | SCHAUMBURG IL | 60173 |
| 135922 | PLUMMER | 0514664 | 8.90 | BUFFALO MEDICAL GROUP | P.O. BOX 8000, DEPT 581 | | BUFFALO NY | 142670001 |
| 135923 | SANDERS | 0570010 | 2.50 | BUFFALO MEDICAL GROUP | P.O. BOX 8000, DEPT. 581 | | BUFFALO NY | 142670001 |
| 136276 | SHEA | 0815474 | 5.00 | CHAPTER 7 TRUSTEE | | | UNKNOWN NY | 14202 |
| 136278 | ANDERSON | 0815168 | 14.14 | CHAPTER 7 TRUSTEE | | | UNKNOWN NY | 14202 |
| 136285 | BUTLER | 0912393 | 5.02 | CHAPTER 7 TRUSTEE | | | UNKNOWN NY | 14202 |
| 136287 | HODGE | 0517508 | 5.00 | CHAPTER 7 TRUSTEE | | | UNKNOWN NY | 14202 |
| 136890 | BAIN | 0601753 | 824.12 | CITY OF BUFFALO | PARKING VIOLATIONS BUREAU | ROOM 111 CITY HALL | BUFFALO NY | 142020000 |
| 139407 | SHANAHAN | 0510001 | 1,200.00 | NATIONAL CITY BANK | 23000 MILLCREEK BLVD. | LOCATOR #01-7521 | HIGHLAND HILLS OH | 44122 |
| 140220 | CONIBEAR | 0592343 | 448.11 | SEMRAU, JUDITH | 92 LEYSTONE | | BUFFALO NY | 14211 |
| 140461 | SANDERS | 0570010 | 27.40 | TIME WARNER CABLE | 355 CHICAGO STREET | | BUFFALO NY | 142042069 |

CK # CASE # AMOUNT CR. NAME

138822 06-01759 -SMITH $ 308.19 KEY BANK
PO BOX 94968
CLEVELAND, OH 44101

138824 07-02336- TELECKY 623.43 KEY BANK
PO BOX 94968
CLEVELAND, OH 44101

138829 06-01065 OBERG 41.08 KEY BANK
PO BOX 94968
CLEVELAND, OH 44101


FILED FEB 16 2011 BANKRUPTCY COURT BUFFALO, N.Y.

Page 1 of 1